IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rudy Rodriguez,<br><br>    Plaintiff,<br><br>vs.<br><br>M. Gutierrez,<br><br>    Defendant. | No. CV 22-518-TUC-JAS (BGM)<br><br>**ORDER** |

Pending before the Court is a Report and Recommendation issued by United States Magistrate Judge Macdonald. A review of the record reflects that the parties have not filed any objections to the Report and Recommendation and the time to file objections has expired. As such, the Court will not consider any objections or new evidence.

The Court has reviewed the record and concludes that Magistrate Judge Macdonald's recommendations are not clearly erroneous. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998).

Accordingly, IT IS HEREBY ORDERED as follows:

(1) Magistrate Judge Macdonald's Report and Recommendation (Doc. 15) is accepted and adopted.

(2) The Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. 2241 is denied and this case is dismissed.

1  (3) The Clerk of the Court shall enter judgment and close the file in this case.

2

3

4
  Dated this 9th day of May, 2023.
5

6

7

8

9

10
  Honorable James A. Soto
11
  United States District Judge